## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| JUAN FLORES, *et al.*, | * |
| | * |
| **Plaintiffs** | * |
| | * |
| v. | *   Civil Case No. 429401-V |
| | * |
| ENVIRONMENTAL TRUST SOLUTIONS, INC., *et al.*, | * |
| | * |
| **Defendants** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

Notice is hereby given that the Defendants, BODGER JOHNSON, individually, GBOMAI BESTMAN-JOHNSON, individually, and ENVIRONMENTAL TRUST SOLUTIONS, INC. in the above-captioned case hereby, respectfully, appeal to the Court of Special Appeals from an order denying Defendants' Motion to Dismiss/Quash the Plaintiffs' Writ of Garnishment entered on February 27, 2018.

Respectfully Submitted:

Dated: 03/29/2018

Deddeh Ansumana Jones, Esq.
P.O. Box 30141
Washington, DC 20030
Email: deddeh.jones@gmail.com
Tel.: (202) 695-2035
Fax: (202) 478-2817

*Counsel for Appellants*

RECEIVED MAR 29 2018 Clerk of the Circuit Court Montgomery County, Md.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this day, March 29, 2018, a copy of the foregoing NOTICE OF APPEAL was served by first-class U.S. mail, postage prepaid, to Counsel for the Plaintiffs, at the following address:

>Mr. Ken C. Gauvey, Esq.
>The Law Office of Ken C. Gauvey
>201 N. Charles Street, Suite 1110
>Baltimore, MD 21201
>Email: kgauvey@gauveylaw.com
>Tel.: (410) 346-2377
>Fax: (410) 487-1154

>Deddeh Ansumana Jones, Esq.
>P.O. Box 30141
>Washington, DC 20030
>Email: deddeh.jones@gmail.com
>Tel.: (202) 695-2035
>Fax: (202) 478-2817

>*Counsel for Appellants*

<u>IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND</u>

| | |
|---|---|
| JUAN FLORES, ET AL | * |
| | * |
| Plaintiffs | * |
| | * |
| vs. | * |
| | * |
| ENVIRONMENTAL TRUST SOLUTIONS, INC., ET AL | *  Civil Case No.: 429401-V |
| | * |
| Defendants | * |

ORDER

Upon consideration of the Defendants, BODGER JOHNSON, individually, GBOMAI BESTMAN-JOHNSON, individually, and ENVIRONMENTAL TRUST SOLUTIONS, INCS', Motion to Dismiss/Quash the Plaintiffs Writ Of Garnishment on Property Other than Wages dated October 30, 2017 or in the alternative respectfully request that this Honorable Court stay the Writ Of Garnishment on Property Other than Wages dated October 30, 2017, until after the United States District Court for the District of Maryland rules on Defendants' Motion to Vacate all the Default Judgments entered against all three, (3), Defendants., any opposition/answer/reply thereto and the record herein, it is this 2\_\_ of F\_\_ day of \_\_\_ 2019;

*Defendants' Motion is Denied.*

ORDERED, that the Plaintiffs Writ Of Garnishment on Property Other than Wages dated October 30, 2017 is hereby dismissed or in the alternative this Honorable Court will stay the Writ Of Garnishment on Property Other than Wages dated October 30, 2017, until after the United States District Court for the District of Maryland rules on Defendants' Motion to Vacate all the Default Judgments entered against all three, (3), Defendants. [struck through]

_____
JUDGE, Circuit Court for
Montgomery County, Maryland

ENTERED
FEB 27 2018
Clerk of the Circuit Court
Montgomery County, Md.

THIS IS A PROPER ORDER
TO BE SIGNED
_____
KEITH J. ROSA
SPECIAL MAGISTRATE