IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **JUAN FLORES**, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: PWG-15-3063 |
| **ENVIRONMENTAL TRUST SOLUTIONS, INC.**, *et al.*, | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * * *

## ORDER

In accordance with this Court's Show Cause Order of August 14, 2019, ECF No. 44, and based on Plaintiffs' failure to respond by August 28, 2019, it is, this 4th day of September, 2019, hereby ORDERED that

1. This case IS DISMISSED without prejudice, for failure to prosecute the claims against Defendants Gbomai Bestman-Johnson and Bodger Johnson; and

2. The Clerk SHALL CLOSE the case.[1]

\_\_\_/S/_____
Paul W. Grimm
United States District Judge

---

[1] In light of this Order, defense counsel's request to file a motion to withdraw as counsel, ECF No. 43, appears moot. If that is not the case, counsel may file a motion to withdraw that complies with this Court's Local Rule 101.2(b).